IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEAN STOCKLEY, BRIANNA WILLIAMS, ELIZABETH BURNS, LORETTA MUNFORD, DOROTHY ARDS and LEE SEVIGNY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN OF NORTH AMERICA, INC, and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No.: 3:22-cv-00709<br><br>District Judge Aleta A. Trauger |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NISSAN MOTOR CO., LTD

Plaintiffs Jean Stockley, Brianna Williams, Elizabeth Burns, Loretta Munford, Dorothy Ards, and Lee Sevigny ("Plaintiffs"), on behalf of themselves and all others similarly situated, voluntarily dismiss their complaint against Nissan Motor Co., Ltd., without prejudice pursuant to Federal Rule of Civil Procedure 21,[1] with each side to bear its own costs and attorneys' fees. Plaintiffs aver that dismissal of Defendant Nissan Motor Co., Ltd. will maximize efficiency and judicial economy.

Dated: March 11, 2024

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #23045)

---

[1] Courts in the Sixth Circuit recognize Rule 21, as opposed to Rule 41, as the appropriate vehicle for dismissal of a single party. *See, e.g.*, *Mullins v. C.R. Bard, Inc.*, 2020 WL 4288400, at *1 (E.D. Ky. July 27, 2020) (collecting cases).

1

**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Ste 200
Nashville, TN 37203
Phone: 615-254-8801
Fax: 615-255-5419
gerards@bsjfirm.com

Tarek H. Zohdy
Cody R. Padgett
Laura H. Goolsby
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com
Laura.Goolsby@capstonelawyers.com

Melissa S. Weiner
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pwfirm.com

Mark S. Greenstone
**GREENSTONE LAW APC**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Phone: 310-201-9156
Fax: 310-201-9160
mgreenstone@greenstonelaw.com

Lawrence Deutsch
Jeffrey L. Osterwise
**BERGER & MONTAGUE, P.C**
1818 Market Street
Philadelphia, PA 19103
Telephone: (215) 875-3062
Facsimile: (215) 875-4604
ldeutsch@bm.net
josterwise@bm.net

James C. Shah

2

Natalie Finkelman Bennett
**MILLER SHAH, LLP**
1845 Walnut Street, Suite 806
Philadelphia PA 19103
Telephone: (610) 891-9880
jcshah@millershah.com
nfinkelman@millershah.com

Norberto J. Cisneros
Barbara M. McDonald
**MADDOX & CISNEROS, LLP**
1210 South Valley View Boulevard, Suite 202
Las Vegas, NV 89102
Telephone: (702)366-1900
Facsimile: (702) 366-1999
ncisneros@mic-law.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, on March 11, 2024 and served upon the following counsel:

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Nash)
1600 West End Ave, Suite 2000
Nashville, TN 37203
Email: jhicks@bakerdonelson.com

E. Paul Cauley, Jr.
S. Vance Wittie
Faegre Drinker Biddle & Reath, LLP
1717 Main St. Suite 5400
Dallas, TX 75201
Email: paul.cauley@faegredrinker.com
Email: Vance.Wittie@faegredrinker.com

Bradley J. Andreozzi
Matthew M. Morrissey
Faegre Drinker Biddle & Reath, LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1173
Email: Bradley.Andreozzi@faegredrinker.com
Email: Matthew.Morrissey@faegredrinker.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　*/s/ J. Gerard Stranch, IV*
　　　　　　　　　　　　　　　　　　　　J. Gerard Stranch, IV