> Motion GRANTED. Extension to 10/15/2025.
>
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEAN STOCKLEY, BRIANNA WILLIAMS, ELIZABETH BURNS, LORETTA MUNFORD, DOROTHY ARDS, LEE SEVIGNY, MAUREEN LOVE, TAYLOR SIMMS, SEAN CHAMBERS, and JENNA HAINES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:22-cv-00709<br><br>Judge Aleta A. Trauger |

## JOINT MOTION TO MODIFY INITIAL CASE MANAGEMENT ORDER

Plaintiffs Jean Stockley, Brianna Williams, Elizabeth Burns, Loretta Munford, Dorothy Ards, Lee Sevigny, Maureen Love, Taylor Simms, Sean Chambers, and Jenna Haines ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively the "Parties"), jointly move to modify the Initial Case Management Order's (Dkt. 63) deadline concerning the Joint Mediation Report, presently due March 14, 2025. Given the modifications to the Initial Case Management Order since it was originally entered (Dkt. 74), discovery is still underway, and the parties are not in a position to meaningfully address mediation at this juncture. In light of the modifications to the Initial Case Management Order (Dkt. 74), the parties agree that the deadline to file the Joint Mediation Report should be continued to October 15, 2025, at such time the discovery necessary for class certification will be complete, and the parties will be in a better position to meaningfully discuss mediation.

Dated: March 14, 2025

-1-

Case 3:22-cv-00709    Document 76    Filed 03/14/25    Page 1 of 1 PageID #: 1412